ACCEPTED
03-13-00370-CV
5735103
THIRD COURT OF APPEALS
AUSTIN, TEXAS
6/18/2015 3:15:31 PM
JEFFREY D. KYLE
CLERK



**KEN PAXTON**
ATTORNEY GENERAL OF TEXAS

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
6/18/2015 3:15:31 PM
JEFFREY D. KYLE
Clerk

June 18, 2015

Jeffery D. Kyle, Clerk
COURT OF APPEALS
THIRD DISTRICT OF TEXAS
P.O. BOX 12547, Austin, Texas 78711-2547

Re: Cause No. 03-13-00370-CV; *The State Board for Educator Certification, et al. v. Erasmo Montalvo;* In the Court of Appeals for the Third District of Texas at Austin

Dear Mr. Kyle:

Please be advised that the undersigned counsel will be on vacation and out of town or unavailable from Monday, August 24th through and including Friday, August 28th, 2015. I respectfully request that no hearings or deadlines be scheduled during that period.

Thank you for your attention, and please advise if you have any questions.

Very truly yours,
/s/ Ellen Sameth
Ellen Sameth
Assistant Attorney General
Administrative Law Division
Telephone: (512) 936-1838
Facsimile: (512) 474-1062

cc:     Mark W. Robinett                    *Via: Electronic Service*
        BRIM, ARNETT, ROBINETT,
        CONNERS & MCCORMICK, P.C.
        2525 Wallingwood Drive, Bldg. 14
        Austin, Texas 78746
        E-mail: mrobinett@brimarnett.com